IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| LIZZIE WEBB, | ) | Civil Action No. 1:06CV00298 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MERCK & CO., INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

This matter is before the Court on the Consent Motion of Plaintiff Lizzie Webb and Defendant Merck & Co., Inc. ("Merck") (collectively, the "Parties") to stay all proceedings in this action pending a transfer decision by the Judicial Panel on Multidistrict Litigation for transfer of this case to a single court for coordinated pre-trial management, pursuant to 28 U.S.C. § 1407. This Court has reviewed the Parties' Consent Motion. For good cause shown, and in the interest of judicial economy, it is hereby

ORDERED that the Parties' Consent Motion to Stay All Proceedings Pending Transfer Decision by the Judicial Panel on Multidistrict Litigation is GRANTED, and this case is stayed pending a transfer decision by the Judicial Panel on Multidistrict Litigation. It is further

ORDERED that Merck shall be responsible for notifying the Court when a transfer decision has been made.

This the 12th day of April, 2006.

_____
United States District Judge